Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 10,<br><br>Defendants. | Case No. 12-CV-01647 JAK (JEMx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS JOHN DOES 2 ONLY** |

1  PLEASE TAKE NOTICE that Plaintiff has settled this matter with John Doe
2  No. 2. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary
3  dismisses John Doe 2, only, with prejudice. Defendant has neither answered
4  Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: June 15, 2012                KUSHNER LAW GROUP

                        By:    /s/ Leemore L. Kushner
                               Leemore L. Kushner
                               Attorneys for Plaintiff Malibu Media, LLC