UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-01642-RGK-SSx; 2:12-cv-01675-RGK-SSx; 2:12-cv-03614-RGK-SSx; 2:12-cv-03615-RGK-SSx; 2:12-cv-03617-RGK-SSx; 2:12-cv-03619-RGK-SSx; 2:12-cv-03620-RGK-SSx; 2:12-cv-03621-RGK-SSx; 2:12-cv-03622-RGK-SSx; 2:12-cv-03623-RGK-SSx; 2:12-cv-04649-RGK-SSx; 2:12-cv-04650-RGK-SSx; 2:12-cv-04651-RGK-SSx; 2:12-cv-04652-RGK-SSx; 2:12-cv-04653-RGK-SSx; 2:12-cv-01647-RGK-SSx; 2:12-cv-04654-RGK-SSx; 8:12-cv-00652-RGK-SSx; 2:12-cv-04656-RGK-SSx;x2:12-cv-04657-RGK-SSx; 2:12-cv-04658-RGK-SSx; 2:12-cv-04660-RGK-SSx; 2:12-cv-04661-RGK-SSx; 2:12-cv-04662-RGK-SSx; 2:12-cv-05592-RGK-SSx; 2:12-cv-05593-RGK-SSx; 2:12-cv-05594-RGK-SSx; 2:12-cv-05595-RGK-SSx; 8:12-cv-00647-RGK-SSx; 8:12-cv-00649-RGK-SSx; 8:12-cv-00650-RGK-SSx; 8:12-cv-00651-RGK-SSx | Date | July 10, 2012 |
|---|---|---|---|
| Title | MALIBU MEDIA LLC v. JOHN DOES 1-10 | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) Case Management Order

    In light of the recent transfer of the above titled cases to this Court, the Court makes the following Case Management Order. Any order allowing for the issuance of a Rule 45 subpoena prior to a Rule 26(f) scheduling conference is hereby vacated until the Court addresses jurisdictional concerns associated with these cases. Further all hearing dates issued by other Courts are also vacated. All pending motions and ex parte applications are moot.

    Further, the parties are hereby ordered to show cause **in writing** of **no more than five pages** by **Monday July 23, 2012** as to why these cases should not be dismissed for lack of personal jurisdiction over the John Doe Defendants. Plaintiff need only file a single response

in case 2:12-cv-01642 unless it believes that there are separate arguments and evidence relevant for individual cases.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |