Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1 through 10,<br><br>        Defendants. | Case No. 2:12-cv-01647-JAK-JEM<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Malibu Media, LLC ("Plaintiff") hereby appeals to the United States Court of Appeals for the Ninth Circuit from a final order dismissing John Doe Defendants 2 through 10 and denying Plaintiff the right to ascertain the identity of John Doe 1, which was entered in this action on the 10th day of October, 2012, CM/ECF #10.

DATED: October 22, 2012         KUSHNER LAW GROUP


                                By:     /s/ Leemore L. Kushner
                                        Leemore L. Kushner
                                        Attorneys for Plaintiff Malibu Media, LLC