**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>JOHN DOES, 1-10,<br><br>        Defendant - Appellee. | No. 12-56939<br><br>D.C. No. 2:12-cv-01647-RGK-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
12/13/2012
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: GOODWIN, LEAVY, and M. SMITH, Circuit Judges.

A review of the record and appellant's response to the November 2, 2012 order to show cause demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also Medhekar v. United States Dist. Court*, 99 F.3d 325, 326 (9th Cir. 1996) (per curiam) (discovery orders not immediately appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SVG/Moatt