UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-01642-RGK-SS; 2:12-cv-03614-RGK-SS; 2:12-cv-03615-RGK-SS; 2:12-cv-03617-RGK-SS; 2:12-cv-03619-RGK-SS; 2:12-cv-03620-RGK-SS; 2:12-cv-03621-RGK-SS; 2:12-cv-03622-RGK-SS; 2:12-cv-03623-RGK-SS; 2:12-cv-04649-RGK-SS; 2:12-cv-04650-RGK-SS; 2:12-cv-04651-RGK-SS; 2:12-cv-04652-RGK-SS; 2:12-cv-04653-RGK-SS; 2:12-cv-01647-RGK-SS; 2:12-cv-04654-RGK-SS; 8:12-cv-00652-RGK-SS; 2:12-cv-04656-RGK-SS; 2:12-cv-04657-RGK-SS; 2:12-cv-04658-RGK-SS; 2:12-cv-04660-RGK-SS; 2:12-cv-04661-RGK-SS; 2:12-cv-04662-RGK-SS; 8:12-cv-00647-RGK-SS; 8:12-cv-00649-RGK-SS; 8:12-cv-00650-RGK-SS; 8:12-cv-00651-RGK-SS | Date | January 28, 2013 |
|---|---|---|---|
| Title | MALIBU MEDIA LLC v. JOHN DOES 1-10 | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   (IN CHAMBERS) Order re: Dismissal of Plaintiff's Complaints for Failure to Comply with Federal Rule of Civil Procedure 4(m)

    On January 17, 2013, the Court issued an Order to Show as to why John Doe Defendants in the present cases should not be dismissed for failure to comply with Federal Rule of Civil Procedure ("Rule") 4(m). On January 24, 2013, Plaintiff filed a timely response and thus, the Jan. 17 Order to Show Cause is discharged.

    Under Rule 4(m), the summons and complaint must be served upon defendants within 120 days from the date of the filing of the complaint. "A court may dismiss a case without prejudice if a plaintiff has not complied with Rule 4(m) unless the plaintiff shows good cause for its failure to serve a defendant." *Third World Media, LLC v. Does 1-1568*, C 10-04470 LB, 2011 WL 4344160, at *2 (N.D. Cal. Sept. 15, 2011) (citing Fed. R. Civ. P. 4(m)).

In the present cases, Plaintiff's deadlines for service of the summons and complaints expired between June to September 2012. In its response to the Court's Jan. 17 Order to Show Cause, Plaintiff has not demonstrated good cause for its failure to comply with Rule 4(m). Thus, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaints.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____